# Morgan Lewis

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-2019
```

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 9, 2019

<u>**Via ECF**</u>

The Honorable Laura Taylor Swain
United States District Court
For the Southern District of New York
500 Pearl Street, 17C
New York, NY 10007

**Re:    *Tucker v. Saks Fifth Avenue LLC*, 1:19-cv-10289-LTS**
<u>**Request to Extend Defendant's Time to Respond to Complaint**</u>

Dear Judge Swain:

We represent defendant Saks Fifth Avenue LLC ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(F) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Henry Tucker ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 11, 2019 to January 27, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

The request is granted.
This resolves DE #9.
So Ordered.

*[signature]* 12-10-2019

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060       ☏ +1.212.309.6000
United States                 ✆ +1.212.309.6001