```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY TUCKER, *and on behalf of all
other persons similarly situated*,

                          Plaintiff,

        - against -

SAKS FIFTH AVENUE LLC,

                          Defendant.
------------------------------------------------------------X

19-CV-10289 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

      This case was stayed on July 6, 2020 pending decision by the Second Circuit in the consolidated appeal of *Calcano v. Swarovski North America Ltd,* 20-1552 (2d Cir.). (*See* Dkts. 32, 34, 36, 38, 40, 42, 44.)  On June 2, 2022, the Second Circuit issued its decision.  Accordingly, the parties shall meet and confer and by **June 13, 2022** shall file a joint letter proposing next steps for either proceeding or disposing of the case.

                                      SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2022
       New York, New York

Copies transmitted to all counsel of record.