UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HENRY TUCKER, *and on behalf of all*
*other persons similarly situated,*

                      Plaintiff,

      - against -

SAKS FIFTH AVENUE LLC,

                    Defendant.

------------------------------------------------------------X

19-CV-10289 (LTS) (RWL)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:**   6/24/2022

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

      The stay of this case is hereby LIFTED.  Plaintiffs shall file their amended complaint by **July 13, 2022**.  Defendants shall answer or move to dismiss by **August 12, 2022**. Plaintiffs shall file any opposition by **September 12, 2022**.  Defendants shall file any reply by **September 26, 2022**.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2022
      New York, New York

Copies transmitted to all counsel of record.